## STONE v. STATE.
### No. 19930.

Court of Criminal Appeals of Texas.
Nov. 16, 1938.

Guy H. McNeely and Bert Edw. Derden, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for speeding with an automobile; penalty assessed at a fine of $75.

The complaint and information appear regular. Appellant entered a plea of guilty to the offense charged. The record is before us without statement of facts or bills of exception.

No error having been perceived, the judgment is affirmed.